# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

PEDRO MARROQUIN COQUOX, et al.,

      Petitioners,

v.                                   CIVIL ACTION NO. 2:26-cv-00128

CHRISTOPHER MASON, et al.,

      Respondents.

### JUDGMENT ORDER

In accordance with the Court's Orders granting the Petitioners 28 U.S.C. § 2241 Habeas Corpus Petition, (ECF Nos. 14, 17), the Court **DENIES** the Respondents' Motions to Dismiss, (ECF Nos. 12, 13), and **GRANTS** the Petition, (ECF No. 1). Respondents are **ORDERED** to **RELEASE PETITIONERS IMMEDIATELY** from civil immigration custody, and the Court **ORDERS** that any personal possessions belonging to Petitioners, including identification and other documentation to include legal documents, be returned to them. The Court further **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners pending further order of this Court. The Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                  ENTER:       February 27, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE